65 A.3d 255

IN THE MATTER OF HARRY J. LEVIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 020331983).

May 22, 2013.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–190, concluding that **HARRY J. LEVIN** of **TOMS RIVER,** who was admitted to the bar of this State in 1983, should be censured for violating *RPC* 1.4(b)(failure to keep a client

reasonably informed about the status of a matter), *RPC* 1.5(b) (failure to set forth in writing the basis or rate of the fee), former *RPC* 1.7(a)(1) and (b) (conflict of interest), former *RPC* 1.8(a)(improper business transaction with a client), *RPC* 3.3(a)(1) (false statement of material fact to a tribunal), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HARRY J. LEVIN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative cost and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.